

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00084-CR

Gabriel **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR7552
Honorable Ron Rangel, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED October 14, 2020.

_____
Irene Rios, Justice